## THACKER v. THACKER

No. 375P92

Case below: 107 N.C.App. 479

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

## THOMCO REALTY, INC. v. HELMS

No. 328P92

Case below: 107 N.C.App. 224

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

## WERK v. FAROUCHE, INC.

No. 348P92

Case below: 107 N.C.App. 304

Petition by defendant (Virginia M. Spicher) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

## YARBOROUGH & CO. v. E. I. DU PONT DE NEMOURS

No. 254P92

Case below: 106 N.C.App. 396

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.